IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 13-cv-00160-WJM-BNB | Date: May 8, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| DARRELL S. ELLIOTT<br>DIANE ELLIOT<br>DARRELL S. ELLIOTT PSP<br>    **Plaintiff(s)** | *Nicole C. Daniels* |
| v. | |
| THOMPSON NATIONAL PROPERTIES, LLC<br>TNP 12% NOTES PROGRAM, LLC<br>TNP STRATEGIC RETAIL TRUST, INC<br>ANTHONY W. THOMPSON<br>    **Defendant(s)** | *Adrian P. Castro* |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session:  1:30 p.m.

Appearance of counsel.

Argument presented on [42] Plaintiff's Opposed Motion to Amend Complaint.

**ORDERED:  [42] Plaintiff's Opposed Motion to Amend Complaint is TAKEN UNDER ADVISEMENT, written order or recommendation to issue.**

Court in Recess:  1:38 p.m.    Hearing concluded.    Total time in Court:  00:08

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119