IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Case No. 13-cv-0160-WJM-BNB

DARRELL S. ELLIOTT,
DIANE ELLIOTT, and
DARRELL S. ELLIOTT, PSP,

      Plaintiffs,

v.

THOMPSON NATIONAL PROPERTIES, LLC, a Delaware limited liability company,
TNP 12% NOTES PROGRAM, LLC,
TNP STRATEGIC RETAIL TRUST, INC., and
ANTHONY W. THOMPSON

      Defendants.

---

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS
## ANTHONY W. THOMPSON

---

This matter comes before the Court on Defendants' Unopposed Motion to Dismiss Anthony W. Thompson, filed December 11, 2013 (ECF No. 57).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Defendants' Unopposed Motion is GRANTED.  Defendant Anthony W. Thompson is hereby DISMISSED WITHOUT PREJUDICE.  All parties shall bear their own attorney's fees and costs.

Dated this 11th day of December, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge