IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00160-WJM-BNB

DARRELL S. ELLIOTT,
DIANE ELLIOTT, and
DARRELL S. ELLIOTT, PSP,

Plaintiffs,

v.

THOMPSON NATIONAL PROPERTIES, LLC, a Delaware limited liability company,
TNP 12% NOTES PROGRAM, LLC, and
TNP STRATEGIC RETAIL TRUST, INC.,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Modify Scheduling Order** [docket no. 59, filed December 11, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED IN PART and the Scheduling Order is amended as follows:

> The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 15, 2014**;

> The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 15, 2014**;

| | |
|---|---|
| Discovery Cut-off: | **April 30, 2014**; |
| Dispositive Motion Deadline: | **May 30, 2014**. |

IT IS FURTHER ORDERED that the Pretrial Conference set for December 19, 2013, is **vacated and reset to August 5, 2014, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **July 29, 2014**. Please remember that anyone seeking entry into the Alfred A. Arraj

United States Courthouse will be required to show a valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2B.


DATED:  December 12, 2013