**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-00160-WJM-NYW

DARRELL S. ELLIOTT,
DIANE ELLIOTT, and
DARRELL S. ELLIOTT PSP,

    Plaintiffs,
v.

THOMPSON NATIONAL PROPERTIES, LLC, a Delaware limited liability company,
TNP 12% NOTES PROGRAM, LLC, and
TNP STRATEGIC RETAIL TRUST, INC.,

    Defendants.
_____

**FINAL JUDGMENT**
_____

PURSUANT TO and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case and the Order Granting in Part and Denying in Part Plaintiffs' Motion for Damages and Attorneys' Fees (ECF No. 77), entered by the Honorable William J. Martínez, United States District Judge, on May 18, 2015, it is

ORDERED that Plaintiffs' Motion seeking damages and an award of attorneys' fees (ECF No. 75) is GRANTED IN PART AND DENIED IN PART. It is

FURTHER ORDERED that Judgment is entered in favor of Plaintiffs and against Defendant Thompson National Properties, LLC in the amount of $334,531.24 in damages, $15,625.00 in attorneys' fees; and $1,414.91 in costs. It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.24% per annum from the date of entry of Judgment.

Dated at Denver, Colorado this __19th__ day of May 2015.

| APPROVED: | FOR THE COURT: |
|---|---|
| | JEFFREY P. COLWELL, CLERK |
| _____ | ___s:/Deborah Hansen___ |
| Judge William J. Martínez | Deborah Hansen, Deputy Clerk |
| United States District Court | |